# EXHIBIT 1

# INVESTMENT AGREEMENT

# 投资协议

### By and among

### 由

## EDGEWATER HTT III, LLC
## 相兑 HTT III 有限公司

### and

### 及

## THE PERSONS LISTED IN SIGNATURE PAGES
### 于本协议签署页立约署名的诸人士

*Sop-8t* , 2017

于 2017 年 *9* 月 *1* 日签署

基金管理人：

## EWI CAPITAL, LLC



# INVESTMENT AGREEMENT

## 投资协议

This **INVESTMENT AGREEMENT** (this "**Agreement**") is entered into as of [      ], 2017 by and among:

本投资协议（本"**协议**"）由以下各方于 2017 年[ 9 ]月[ 1 ]日签署：

(1)    **EDGEWATER HTT III, LLC**, a Delaware limited liability company ("**EdgeWater**"); and

(1)    **相兑 HTT III 有限公司**, 是一家根据美国法律在特拉华州正式成立并有效存续的公司(以下简称"**相兑 LP**")；及

(2)    **EWI CAPITAL, LLC**, a Delaware limited liability company ("**EWI**"); and

(2)    **EWI 资本有限公司**, 是一家根据美国法律在特拉华州正式成立并有效存续的公司(以下简称"**相兑 GP**")；及

(3)    The persons listed in Signature Pages hereto (collectively, "**Investors**").

(3)    于本协议签署页立约署名的诸人士(合称，"**诸投资人**")。

EdgeWater and the Investors are hereinafter collectively referred to as the "**Parties**" and individually as a "**Party**".

相兑和诸投资人以下合称为"**各方**"，单独称为"**一方**"。

## RECITALS

## 前言

WHEREAS, EdgeWater is contemplating to invest $5,000,000 into Hyperloop Transportation Technologies, Inc. (the "**Proposed Investments**"), and the Proposed Investments are expected to close shortly upon execution of this Agreement; and GP should assist to provide the updated shareholder list and investment percentage;

鉴于，相兑 LP 拟向美国公司 Hyperloop Transportation Technologies, Inc. 投资五百万美元("**拟进行的投资**")，且拟进行的投资预计在本协议签署后即迅速完成交割并完成提供股东名册及持股比例；

**WHEREAS**, the Investors desire to participate in the Proposed Investments by EdgeWater

鉴于，诸投资人希望参与由相兑 LP 主导该拟进行的投资。

**NOW THEREFORE**, it is agreed by the Parties as follows:

因此，各方谨此达成如下协议：

## ARTICLE I
## DEFINITIONS

## 第一条　定义

Unless otherwise specified or required in this Agreement, the following terms shall have the meaning as defined below: 除非本协议另有规定或要求，下列词语应当具有如下界定之含义：

**Affiliate**: means, with respect to any specified Person, any other Person controlling or controlled by or under common control with such specified Person. For the purposes of this definition, "control" when used with respect to any specified Person means the power to direct the management and policies of such Person, directly or indirectly, whether through the ownership of voting securities,

by contract or otherwise, and the terms "controlling" and "controlled" have meanings correlative to the foregoing.

**关联方**是指，就任何特定人士而言，控制该特定人士、被该特定人士控制或与该特定人士受共同控制的任何其他人士。在本定义中，"控制"当其用于任何特定人士时，指无论以拥有有表决权的证券、通过合同或其他方式，直接或间接拥有指示该特定人士的管理和政策的权力，术语"控制着"、"被控制"具有与前述相关联之含义。

**Person**: means an individual, a corporation, a limited liability company, a company, a partnership, a joint venture, an association, a trust or any other entity or organization, including a government or political subdivision or any agency or instrumentality thereof.

**人士**是指个人、股份有限公司、有限责任公司、公司、合伙、合资企业、联合、信托或任何其他实体或组织，包括政府或政治分支机构，及其任何派出机构或分支机关。

**Target Companies**: means Hyperloop Transportation Technologies, Inc. ("HTT")

**目标公司**：指 Hyperloop Transportation Technologies, Inc.（以下简称"HTT"）

A reference to an Article or paragraph, unless the contrary is stated herein, is a reference to an article or paragraph in this Agreement. Words importing the singular include the plural and vice versa unless the contrary is stated herein, and words importing a gender include every gender.

除非本协议中有相反规定，凡提及任何条或款，均指对本协议中的该条或该款的引述。单数包括复数，反之亦然，除非本协议中有相反规定，并且性别包括每一种性别。

## ARTICLE  II
## PROPOSED INVESTMENTS

### 第二条　拟进行的投资

**2.1 The Investors' Capital Contribution**

### 诸投资人的出资

Each Investor shall contribute and remit his/her investment amount specified opposite his/her name in Signature Pages hereto (collectively, the "**Investment Amount**") to the account designated by EdgeWater by _September 30_, 2017 Beijing time:

每一位投资人最晚均应于北京时间 2017 年_9_月_30_日按照本协议签署页上所载明的金额向相兑 LP 所指定的银行账户支付其出资(合称，"**投资款项**")：

**2.2 EdgeWater 's Investment**

### 相兑 LP 的投资

2.2.1 Terms of investment, payment and management: EdgeWater HTT III, LLC ("**EdgeWater**") is a limited liability company incorporated in the State of Delaware and managed by **EWI Capital, LLC** ("**EWI**"), **EdgeWater** desires to invest $5,000,000 USD in HTT. The terms of payment: Upon receipt of all the payment by the Investors, **EdgeWater** shall immediately transfer the funds to the account of HTT's bank account.

**投资路径、打款路径及管理：**EdgeWater HTT III, LLC （以下简称"相兑 LP"）是注册在美国特拉华州并由 EWI Capital, LLC（以下简称"相兑 GP 或 EWI"）管理的一家有限责任公司。**相兑 LP** 拟对美国 HTT 公司投资 5,000,000 美元。打款途径：**相兑 LP** 应在收到诸投资人的全部投资款项后，管理人即刻将款项打往 HTT 公司的银行账户。

2.2.2 In case **EdgeWater** fails to make the above-said payment for the Proposed Investment within 30 calendar days inclusive since the signing of this agreement, **EdgeWater** shall fully refund the Investors in 7 calendar days without interest, which marks the termination of the Agreement and each party undertakes no responsibility to any other party.

如果在本协议签署日期 30 天内，**相兑 LP** 未将收到的投资款投资于拟进行的投资，则**相兑 LP** 应在 7 天内将投资款无息退还给诸投资人，本协议随即终止，各方均无需向对方承担任何其他责任。

2.2.3 After the consummation of the Proposed Investments, the Investors shall become shareholders of the Target Company by indirectly holding the shares of **EdgeWater.** Both parties agree that the rights and obligations of **EWI Capital, LLC** and the Investors are defined according to such identities as GP and LP in the limited partnership (the "**Fund**") ; each of the Investors who has fully complied with the terms of this Agreement (including without limitation, making his/her capital contribution pursuant to this Agreement) will be admitted to the Fund as a limited liability partner (or similar status) and will be entitled to the rights and benefits set forth in Clause 3.3 of this Agreement and such other rights that the limited liability partners of a typical private equity fund with similar size and purpose may have. The Parties further agree that the purpose of the Fund is solely to make investments in the Target Companies and it shall not make investments in other companies without the consent of the Investors.

投资完成后，诸投资人将成为通过相兑 LP 间接持有目标公司股权的股东，各方约定：相兑 GP 公司与诸投资人的权利义务按照有限合伙企业（基金）中 GP 与 LP 身份来具体约定。每一个遵守本协议条款(包括但不限于履行其出资义务)的投资人将被允许成为该基金的有限合伙人(或类似身份)，而且将有权享有本协议第 3.3 条规定的权利和利益、以及同该基金的规模和投资目的相似的其他常见私募基金的有限合伙人享有的其他权利和利益。各方进一步同意，该基金的目的仅仅是对目标公司进行拟进行的投资，未经诸投资人同意，该基金不得投资于其他公司。

## Article III

## Fund Terms

## 第三条　基金条款

Subject to the terms and conditions of the Fund Documents, it is agreed that the Fund Documents shall provide, including but not limited to, those specified in Appendix 1 and the following:

受限于基金文件中的条款和条件，各方同意基金文件中应当约定包括但不限于本协议附件 1 中的内容以及以下内容：

**3.1** Term of the Fund: Three (3) years (commencing on the date on which the Investors shall have contributed all of their respective capital pursuant to this Agreement) and the general partner of the Fund (the "**GP**") may elect two (2) term extensions of the Fund by one (1) additional year each time. The GP will be **EWI Capital, LLC**

6



**基金的期限：** 3 年(自诸投资人按照本协议实缴其全部出资之日起算)。该基金的普通合伙人("**普通合伙人**") 可决定延长期限两次，两次延长期均为一年。普通合伙人将是 EWI CAPITAL, LLC 即 GP 公司。

**3.2 Management** Fee: the GP will charge 2% management fee per year. The management fee should be paid annually. LP will not be charged with the management fee on the extension of the fund after three years.

**管理费：** 普通合伙人将收取百分之二每年管理费，管理费的收取为每年收取。基金期限的三年后延长期将不收取管理费。

**3.3 Carried Interest:** Distributable Cash shall initially be apportioned among the Partners in proportion to their respective Percentage Interest. the GP will be entitled 20% of total Investment net income as Carried Interest.

**业绩提成：** 投资收益按照各合伙人的实缴出资额比例分配给所有合伙人。普通合伙人合计收取总收益的 20%作为收益提成。

**3.4 Processing Fee and Legal fee:** The Fund shall bear the Processing Fee and Legal fee after the Fund is founded. GP shall pay such running fee first, and will be fully reimbursed by the Fund after its founding.

**财务及律师费：** 专项基金发生的财务及律师费用由基金承担。普通合伙人在基金成立前垫付开办费，并由基金在成立后向其全额支付。

**3.5 The Investors' Rights and Obligations**

**"诸投资人"的权利义务**

**The Investors' Rights**
**"诸投资人"的权利**

7

3.4.1 The Investors are entitled to information of the Fund management, operation, execution and income & expenditure, and may request explanation by the GP.

诸投资人有权了解基金财产的管理、经营、执行及收支情况，并有权要求普通合伙人作出说明。

3.4.2 The Investors have the right to inspect financial sheets and documents related to the Fund within the last week by the end of each season from the GP. In the event that the Investors disclose such information to a third party (except for auditor and government), which leads to negative impact upon the interests of the Fund or EDGEWATER HTT III, LLC, or use such information for their own profits, they shall compensate all the losses incurred to the other beneficiaries or EWI CAPITAL, LLC.

诸投资人有权从普通合伙人处，于每一季度末的最后一周内定期查阅与基金财产有关的账目以及其他相关文件，但如果诸投资人将其获得的信息披露给任何第三方（审计师及政府部门除外），导致基金利益及/或相兑 GP 的利益（可能）受影响的，或利用该信息谋取不正当利益的，应当赔偿其他受益人/或相兑因此遭受的一切损失。

3.4.3 In case the GP breaches the Agreement purpose or commits significant misconduct in his management or dealing with regular affairs (**Significant Misconduct** hereto refers to serious neglect, material breach of the Agreement, fraud, serious violation of the valid laws regarding securities. It excludes minor neglect, provision of information to LP, or any conduct or non-conduct considered as being goodwill based on the Fund Partnership Agreement.) , causing financial loss of the Fund investment, the Investors may submit the case to the Hong Kong International Arbitration Center and claim for compensation.

如普通合伙人违反合同目的，或者因违背管理职责/处理事务存在重大不当行为【此处，"重大不当行为"指重大的疏忽过失、协议或合伙协议的实质性违反、欺诈行为、严重违反适用的有效证券法规（"重大不当行为"不包括一般过失、提供信息给基金有限合伙人、或任何基于基金合伙协议而可认定为善意的作为或不作为）】，致使基金投资的财产受到损失的，诸投资人有权向香港国际仲裁中心申请仲裁，并有权要求予以赔偿。

3.4.4 Other rights stipulated in the Fund documents, relevant laws, regulations and rules

基金文件及法律、行政法规、规章规定的其他权利。

## The Investors' Obligations
## "诸投资人" 的义务

3.4.5 The Investors shall ensure that all the funds hereunder come from legal resources and are legally owned by the Investors, and all the files they provide to **EWI** are complete and authentic.

诸投资人保证本协议项下资金来源合法且为该资金的合法所有人，并保证向相兑 GP 提供的相关资料和信息真实完整。

3.4.6 The Investors shall make sure that their prescribed funds go to the account designated by **EdgeWater** in a timely manner as per the Agreement. The currency of funds shall be in US dollar and the account shows as follow:

Account Name:   EDGEWATER HTT III, LLC

Account Number:  3250 9830 9359

SWIFT Code:  BOFAUS3N

9



Bank Name:  Bank of America

Bank Address: 633 Santa Cruz Ave, Menlo Park, CA 94025

按本协议要求将认购资金及时足额交付至相兑指定的资金募集账户。认购资金的币种应为美元，汇款账户信息如下：

户名： EDGEWATER HTT III, LLC

账号： 3250 9830 9359

银行国际代码: BOFAUS3N

银行名称: Bank of America

银行地址: 633 Santa Cruz Ave, Menlo Park, CA 94025

3.4.7 The Investors shall pay necessary fees as per the Agreement.

按本协议约定支付投资费用。

3.4.8 The Investors shall ensure their rights to sign and execute all the Fund documents including this Agreement, and have necessary authorization or approval for their signatures.

诸投资人保证其享有签署和履行包括本协议在内的基金文件的权利，并就签署行为已履行必要的批准或授权手续。

3.4.9   The Investors shall not require **EWI** to manage the Fund property for profits through any illegal means or illegal management, and they shall not achieve any illegal purpose by any other means.

诸投资人不得要求相兑 GP 通过任何非法方式或者非法管理手段管理基金财产并获取利益，诸投资人不得通过其他方式达到非法目的。

10

3.4.10 Other obligations stipulated in the Fund documents, relevant laws, regulations and rules

基金文件及法律/行政法规/规章规定的其他义务。

## 3.5 EWI's Rights and Obligations

相兑 GP 的权利义务

### EWI's Rights

相兑 GP 的权利

3.5.1 **EWI** has the right to manage, operate and invest as GP as per the Agreement.

相兑 GP 有权根据合同约定，作为普通合伙人管理、运用进行投资。

3.5.2 If the **EWI** has to face any claim, lawsuit, arbitration, investigation and other legal proceedings when executing their duties and conducting investment, and such action is not caused by their intentional conduct or significant misconduct, the **EWI** shall be exempted from responsibility, and the Fund shall bear all the losses and expenses. Those to be exempted include the GP, senior management, employees, and representatives of **EdgeWater(Delaware)** (and relevant personnel).

如相兑 GP 因履行职责或办理投资事宜而遭致任何索赔、诉讼、仲裁、调查和其他法律程序，且并非由于其故意或重大不当行为而引起，相兑 GP 予以免责，基金应全额补偿所有损失和费用。上述免责包括了普通合伙人、**EWI** 的高管、职员和代理人（及相关人员）。

3.5.3 Other rights stipulated in relevant laws and regulations.

法律法规规定的其他权利。

## EWI 's Obligations

## EWI 的义务

3.5.5 **EWI** must strictly fulfill the duty and obligations in an honest, faithful, cautious and effective manner as The GP.

相兑 GP 作为普通合伙人必须恪尽职守，诚实、守信、谨慎、有效地履行管理的义务。

3.5.6 **EWI** shall keep confidential the affairs and files of the investors.

相兑 GP 对投资人的事务和资料负有保密的义务。

3.5.7 **EWI** shall compensate the Investors for its breach of the agreement purpose, management duty and significant misconduct of other affairs that lead to loss of the investment.

相兑 GP 对因违反合同目的、违背管理职责、处理事务存在重大不当行为致使投资受到损失的，应当向诸投资人予以赔偿。

3.5.8 Other obligations stipulated in relevant laws and regulations.

法律法规规定的其他义务。

## 3.6    Termination and Liquidation of the Fund
基金终止与清算

3.6.1  The Investors shall not change, dismiss, revoke or terminate the Fund since the Fund was founded unless specified otherwise in the Agreement.

本基金成立后，除非本协议另有规定，诸投资人不得变更、解除、撤销或者终止本基金。

3.6.2  The Fund may be terminated in one of the following cases:

有下列情形之一的，基金终止：

（1）The Fund's objective has been achieved or cannot be achieved;

基金目的已经实现或不能实现；

（2）Term of the Fund expires

基金期限届满；

（3）Dismissal of the Fund

本基金被解除；

（4）The Fund is revoked.

本基金被撤销；

（5）The agreed situations appear when the Fund should be terminated;

本协议约定的基金终止情况；

（6）The Fund is terminated at the notice by the laws, regulations, rules and relevant authorities, as well as situations that lead to termination of the Fund.

13

国家法律、法规、规章或者监管部门的通知、决定要求基金终止或其他基金终止情形。

## 3.7 Information Disclosure

## 信息披露

3.7.1 Means of information disclosure

信息披露的形式

The Fund shall, in accordance with relevant rules, disclose the information in one or some of the following ways, which is deemed as **EWI** 's fulfillment of the information disclosure obligation;

基金将按照有关规定，以下列之一种或者几种方式进行信息披露即视为相兑 GP 已经切实履行了信息披露义务：

（1）Mails

信函邮寄送达；

（2）Delivery in written form

书面直接送达；

（3）Email

电子邮件送达；

（4）Other ways

其它方式送达。

3.7.2 Details and time of the information disclosure

14

信息披露的内容及时间

（1）Within 5 working days from the founding of the Fund, The GP shall disclose information about the Target Companies and total investment to the Investors.

本基金成立日后 5 个工作日内，普通合伙人应当就目标公司、基金资金总额等向诸投资人披露。

（2）The GP shall compile a Fund management report within 15 working days by the end of each season from the Founding of the Fund as well as a seasonal report of Fund amount application and margin, and disclose them to the Investors.

普通合伙人将在基金成立日起每个自然季度结束后的 15 个工作日内编制完成基金资金管理报告和基金资金运用及收益情况季度报告，并向诸投资人披露。

（3）In case of failure to achieve the contract objective, change to laws and regulations, reform of market system, possible significant loss of the Fund, the worsening financial status of the Fund's partners, which may severely impact upon the Fund's operation, The GP shall disclose such potential outcome to the Investors within 3 working days from such occurrences, and corresponding measures against such situations within 7 working days.

普通合伙人在实施本基金过程中发生合同目的不能实现、因法律法规修改、市场制度变革、基金可能遭受重大损失、基金合伙人的财务状况严重恶化等严重影响基金运行的事项时，应在知悉该等事项发生之日起的 3 个工作日内以临时报告形式向诸投资人披露，并于披露之日起 7 个工作日内向诸投资人披露拟采取的应对措施。

15

（4）Other information related to the Fund that needs to be disclosed , and at the notice or request by relevant laws, regulations, rules and relevant authorities.

其他与基金相关且应当披露的信息，根据国家法律、法规、规章的规定和监管部门的通知或决定的要求进行披露。

## 3.8  Risk Disclosure and Taking during the Process of Fund Property Management

## 基金财产管理过程中的风险揭示与承担

3.8.1 During the process of the GP's management, operation and dealing with the Fund investment, face various risks, including but not limited to social economic policy risk, credit risk, operation risk, market risk, business systematic risk, basic asset quality risk, completion risk, transfer risk, liquidity risk, guarantee risk, management and operation risk, early termination risk and other risks.

普通合伙人管理、运用或处分基金投资的过程中，可能面临各种风险，包括但不限于：包括社会经济政策风险、信用风险、经营风险、市场风险、行业系统性风险、基础资产质量风险、完工风险、转让风险、流动性风险、担保风险、管理和操作风险、提前终止风险及其他风险；

3.8.2 In the process of investment by **EWI** as GP, limitation of the manager's experience and skills may affect the judgment of information ownership and economic tendency, leading to risks of investment. Therefore, **EWI** does not provide commitment to profit or loss of managing, operating and executing the Fund's property.

相兑 GP 作为普通合伙人在投资过程中，由于管理人的经验、技能等因素的限制，可能会影响对信息的占有和经济形势的判断，导致投资的

风险。因此相兑 GP 对管理、运用和处分基金财产的盈亏不提供任何承诺;

3.8.3 According to the Agreement, **EWI** shall adopt various measures to prevent and control risks, including but not limited to the following:

根据本协议，相兑 GP 将采取各种措施防范和控制风险，包括但不限于:

（1）To earnestly manage the accounts, supervise fund application and notify investors of the earnings.

认真履行账户管理职责，监控资金运用情况，并及时通报投资人投资收益情况;

（2）To strengthen internal management, follow regulations, carry out manager's duty and take measures of regular notice, strict decision-making process and careful investment.

加强内部管理，恪尽职守，严格履行管理人义务，并采取定期通知、严格决策程序、谨慎投资的措施;

（3）To strictly fulfill the duty and pay attention to significant changes in investment.

将认真履行职责，关注投资的重大情况变化;

Despite the above measures to control risks, they cannot cover all the risks hereto the Agreement.

尽管已采取了以上风险控制措施，但并不保证以上措施可以覆盖本协议中的所有风险。

17

### 3.9  Breach

## 违约责任

The Investors or **EWI** shall strictly follow the Agreement, breach of which will result in liability and compensation for the loss of the non-defaulting parties.

诸投资人或相兑 GP，应严格遵守本协议的约定，任何一方违反本协议约定，均应向守约方承担违约责任，并赔偿因其违约给守约方造成的损失。

### 3.10 Force Majeure

## 不可抗力

3.10.1  Force majeure means an event beyond the control of a Party, as a result of which the Party is unable to perform its obligations under this Agreement. An event of Force Majeure includes, but not limited to, prohibition or acts by government or public agency, riot, war, hostility, public disturbance, strikes, other labor disputes and work stoppages, failure or interruption of transportation or other utilities, epidemic, fire, flood, earthquake, storm, tidal wave or other acts of nature as well as enactment of new laws and revision of old laws.

不可抗力是指本协议各方不能合理控制、不可预见或即使预见亦无法避免的事件，该事件妨碍、影响或延误任何一方根据本协议履行其全部或部分义务。该事件包括但不限于地震、台风、洪水、火灾、其他天灾、战争、骚乱、罢工或其他类似事件、新法律法规颁布或对原法律法规的修改等政策因素。

3.10.2  In case of Force majeure, the party experiencing it shall notify other parties in the fastest possible way and provide the details and reason for failing to

18

fully or partially fulfill the obligations in written form within 15 days before the Parties' negotiation for settlement.

如发生不可抗力事件，遭受该事件的一方应立即用可能的、最快捷的方式通知对方，并在 15 个工作日内提供证明文件说明有关时间的细节和不能履行或部分不能履行或需延迟履行本协议的原因，然后由各方协商解决。

### 3.11  Distribution

分配

When the Fund ends, the principal and margin shall be paid to each investor in form of bonus. The margin shall be distributed as below: the GP and the Investors share the cash to be distributed after capital contribution refund by 20% to 80%. The principal and margin shall be paid to the Investor's account shows as follow:

Account Name:     LEO MIDDLE EAST FZE

Account Number:  1024911159002

SWIFT Code:       EBILAEAD

Bank Name:        EMIRATES NBD

Bank Address:     P.O. BOX 777, DUBAI, UAE

IBAN NUMBER:  AE020260001024911159002

该基金结束后，以分红的形式返还给诸投资人本金及收益，各方的收益分配为：返还各方出资款后的可分配现金，应在普通合伙人和诸投资

19

人之间按照 20%/80%进行分配。投资人的本金及收益将划至投资人指定
的以下银行账户中：

户名：　　　　　　LEO MIDDLE EAST FZE

账号：　　　　　　1024911159002

银行国际代码：　　EBILAEAD

银行名称：　　　　EMIRATES NBD

银行地址：　　　　P.O. BOX 777, DUBAI, UAE

国际银行账号：　　AE020260001024911159002

It is agreed that no interest shall be paid to any Investor on account of its interest in the capital of, or on account of its investment in, the Proposed Investment or the Fund, and no Investor may withdraw any of his/her investment amount made pursuant to this Agreement.

各方同意，无需因为任何投资人的出资或其在拟进行的投资或该基
金中的投资而向其支付任何利息，且任何投资人 均不得抽回其根据本协议
完成的出资。

### 3.12  Procuring The Transaction
促使交易完成

Each Party shall use its best commercial efforts to procure the consummation of the Proposed Investments and other transactions contemplated hereunder.

20



每一方应尽其最大的商业努力以促成拟进行的投资以及本协议项下所述之其他交易的完成。

## Article IV

## Miscellaneous Provisions

## 第四条　其他规定

### 4.1  Assignment
转让

None of the Parties may assign its rights hereunder to and/or have its obligations hereunder assumed by any Person, unless otherwise agreed in writing by all the Parties hereto.

任何一方均不得将其在本协议项下的权利转让给其任何人士，和/或使其他任何人士承担其在本协议项下的义务，除非本协议各方一致书面同意。

### 4.2  Contract Language and Counterparts
合同语言和副本

This Agreement shall be executed in both English and Chinese and may be executed in as many counterparts as may be required. Each counterpart is deemed original and all counterparts constitute one and the same instrument. The English version and the Chinese version shall have equal effect.

本协议将以中英文签署，并可在要求的多个副本上签署。每一副本均被视为原件，并且所有副本共同构成同一份文书。英文版本和中文版本具有同等效力。

21

## 4.3  Governing Law and Dispute Resolution
管辖法律和争议解决

This Agreement, the rights and obligations of the Parties hereto and any claims or disputes relating thereto, shall be governed by and construed in accordance with the laws of Hong Kong, without giving effect to principles of conflicts of law thereunder. Any dispute, controversy or claim arising out of or relating to this Agreement, or the breach, termination or invalidity thereof, shall be submitted to resolution by arbitration before the Hong Kong International Arbitration Center ("**HKIAC**") in accordance with the Hong Kong International Arbitration Centre Administered Arbitration Rules in force when the notice of arbitration is submitted in accordance with these rules.  There shall be a single arbitrator.  If the Parties do not agree to appoint an arbitrator who has consented to participate within ten (10) days after the issuance of a notice of arbitration by any Party, the relevant appointment shall be made by HKIAC.  Any proceedings shall take place in Hong Kong and be conducted in English with Chinese translation.  An award by the arbitrator shall be final and conclusive and binding upon the parties and shall not be subject to further appeal.  If any Party obtains an arbitration award against the other Party in connection with a dispute arising from or in connection with this Agreement, such Party shall be entitled to cover its costs and reasonable attorney's fees (including the reasonable value of in-house attorney services) and disbursements incurred in connection therewith and in any appeal or enforcement proceeding thereafter, in addition to all other recoverable costs, as determined by the arbitrator. Each of the Parties expressly agrees and reaffirms that (i) any dispute arising from or in connection with this Agreement shall only be resolved via arbitration in accordance with the preceding arbitration clause, notwithstanding the existence of any notices, letters, communications, agreements or any other documents, or any negotiations, disputes, actions or proceedings of whatsoever nature between any third party and any Party; and (ii) it shall only claim against the other Party via arbitration in accordance with the preceding arbitration

22

clause with regard to any dispute arising from or in connection with this Agreement.

本协议，本协议各方的权利和义务，以及与之相关的任何索赔或争议，均应由香港法律管辖，但不包括其中的冲突法原则。因本协议产生的，或是与本协议相关的任何纠纷、争议或权利主张，或是本协议的违约、终止或无效都应提交香港国际仲裁中心（"HKIAC"）根据提交仲裁通知(按照下述仲裁规则提交)之时有效的香港国际仲裁中心机构仲裁规则以仲裁的方式解决。仲裁庭应当由一位独任仲裁员组成。如在任何一方发出仲裁通知后十(10)日内一位仲裁员已经同意参加，但本协议各方不同意任命该仲裁员，则仲裁员应由 HKIAC 任命。任何程序均应当在香港进行，并且应当以英文进行(附中文翻译)。仲裁员作出的仲裁裁决是终局的和决定性的且对各方有约束力，并且不得再进行上诉。如任何一方取得一份针对另一方的因本协议而产生或与本协议相关的争议的仲裁裁决，经仲裁员决定，该一方应有权就下述款项获得补偿(该等补偿系在所有其他可补偿成本之外的额外补偿)：其所产生的与该争议相关的成本、合理的律师费(包括公司内部律师服务的合理价值)和费用支出以及其在其后的任何上诉或强制执行程序中的成本、合理的律师费(包括公司内部律师服务的合理价值)和费用支出。本协议每一方特此明确同意并再次确认：(i)因本协议引起的或与之相关的一切争议，只可根据前述仲裁条款通过仲裁解决，即使存在本协议一方和任何第三方之间任何性质的任何通知、信函、通讯、协议或任何其他文件，或者任何谈判、争议、行动或程序；以及(ii)其只可依据前述仲裁条款通过仲裁，向本协议其他方就本协议引起的或与之相关的一切争议索赔。

### 4.4  Effectiveness

生效

This Agreement shall become effective upon due execution by the Parties.

本协议应由各方正式签署后生效。

### 4.5  Confidentiality

保密

Each Party hereto agrees to treat information relating to all material aspects of the transactions contemplated hereby and/or contained herein (including information regarding identification of the Parties hereto, but excluding information that is evidenced to be received and disclosed or made public by any duly authorized third party) that is provided to such Party by another Party or its representatives ("**Information Provider**"), as confidential information and agrees not to disclose such information to any other party without the prior written consent of the Information Provider, except that each Party may disclose such confidential information (i) to its attorneys, accountants, advisors, investors, and consultants, bound by a confidentiality agreement, on a need-to-know basis in connection with this transaction, (ii) to its Affiliates, and its/their employees, investors, officers and directors provided such Affiliates, employees, investors, officers and directors are subject to a confidentiality obligation or, bound by a confidentiality agreement, on a need-to-know basis in connection with this transaction, (iii) any applicable government or regulatory agencies as required by applicable laws and regulations, and (iv) as otherwise required by applicable laws and regulations; provided that prior to such disclosure under (iii) and (iv), the disclosing Party shall have notified the other Parties of the disclosing Party's intention to make such disclosure and the contents thereof.  No Party shall make any public disclosures or statements to the press with respect to the transactions

24

contemplated hereunder without the prior written consent of the other Parties hereunder.

本协议各方同意，对其中一方及其代表（"**信息提供者**"）提供给另一方的与本协议项下交易的所有重要方面有关的信息及/或本协议包含的信息（包括本协议各方的身份，但不包括有证据证明是由任何经适当授权的第三方收到并披露或公开的信息）予以保密，并且同意，未经信息提供者事先书面同意，不向任何其他方披露此类信息，但以下情况除外：各方可以(i)向与本交易有关而需要获知以上信息并受保密协议约束的该方的律师、会计师、顾问、投资人和咨询人员披露；(ii)向该方的关联方及该关联方的雇员、投资人、高级职员和董事披露，条件是该等关联方、雇员、投资人、高级职员和董事应负有保密义务或受到保密协议约束并与本交易有关而需要获知以上信息；(iii)根据适用的法律法规的要求，向有关政府部门或者管理机构披露；及(iv)根据适用的法律法规的要求所做的其他披露；但是，进行上述(iii)项和(iv)项披露之前，披露一方应通知本协议其他方其拟进行披露及拟披露的内容。未经本协议其他方的事先书面同意，任何一方不得将本协议项下之交易向新闻媒体做任何公开的披露或陈述。

*[Remainder of this page intentionally left blank/ 以下有意留白]*

25

**IN WITNESS WHEREOF,** the undersigned have duly executed this Agreement, or have caused this Agreement to be duly executed on their behalf, as of the day and year first herein above set forth.

为昭信守，以下签署者已于本协议首页所述日期正式签署本协议，或促使其代表正式签署本协议。

**EWI CAPITAL, LLC**

EWI 资本有限公司

**(Affix seal/加盖印章)**

By:
签名：

Name:
姓名：

**IN WITNESS WHEREOF,** the undersigned has duly executed this Agreement, or has caused this Agreement to be duly executed on its behalf, as of the day and year first herein above set forth.

为昭信守，以下签署者已于本协议首页所述日期正式签署本协议，或促使其代表正式签署本协议。

**LEO Middle East FZE**

利欧中东有限公司

**(Affix seal/加盖印章)**

By:

签名：＿＿＿＿＿＿＿＿ Kaifeng Xu

Name:

姓名：＿＿＿ Kaifeng Xu

My capital contribution（USD）：

本人出资金额（美元）：

计美元（大写）：＿＿＿ 伍佰万

计美元（小写）：＿＿＿ 5,000,000

# APPENDIX 1

## 附件一

## CERTAIN TERMS OF FUND DOCUMENTS

## PART OF THE CLAUSES FROM THE FUND DOCUMENTS

## 基金文件的部分条款

The following clauses are subject to the final legal documents such as the Limited Partnership Agreement. In case of any inconsistency, the final legal documents shall prevail.

下述有关基金的条款受限于《有限合伙协议》等基金的最终法律文件，如有不一致，应以最终法律文件为准。

| | |
|---|---|
| Legal form of the Fund | A limited partnership business or other form in accordance with the United States laws |
| 基金的法律形式： | 根据美国法律注册的有限合伙企业或其他形式 |
| GP<br><br>普通合伙人（无限责任合伙人）： | EWI Capital, LLC. The GP or its appointed manager shall be in charge of managing the Fund, including but not limited to its daily operation, search for investment projects, post-investment management and exit of investment projects.<br><br>EWI 资本有限公司。普通合伙人或其指定的基金管理人负责管理基金，包括但不限于负责基金的日常管理、寻找投资项目、进行项目投资和投资后管理，以及实现投资项目的退出 |

| | |
|---|---|
| LP<br><br>有限合伙人： | All the other investors but the GP of the Fund are LPs, who do not execute the Fund's affairs and do not participate in investment decision-making.<br><br>除普通合伙人外，基金的其余投资人均为有限合伙人。有限合伙人不执行合伙事务，不参与投资决策 |
| Consultation Committee<br><br>咨询委员会： | A consultation body composed of LPs upon coordination by the GP. Its members include nominees by LPs with right of nomination as per Limited Partnership Agreement. The consultation committee does not involve in investment decision-making. Interests conflicts rising out of Limited Partnership Agreement are subject to the approval by the consultation committee.<br><br>由普通合伙人协调基金的有关有限合伙人组建的咨询机构，成员包括根据基金的《有限合伙协议》规定享有提名权的有限合伙人提名的人员。咨询委员会不参与投资决策。就《有限合伙协议》规定的相关利益冲突事项，应获得咨询委员会的批准 |
| Partners' right to know<br><br>合伙人知情权： | The Fund's partners have the right to read the Fund's random investment reports, annual investment reports (for the previous year's investment summary), financial sheets of the previous three seasons without being audited, and the previous annual audited |

financial sheets.

基金的有限合伙人有权获得基金不定期投资活动报告、年度投资报告（内容为上一年度投资活动总结）、每一会计年度前三季度未经审计的财务报表及上一会计年度经审计的财务报表

| | |
|---|---|
| Running fee<br><br>开办费： | The Fund shall bear the running fee before the Fund is founded. GP shall pay such running fee first, and will be fully reimbursed by the Fund after its founding.<br><br>基金成立前发生的开办费由基金承担。普通合伙人在基金成立前垫付开办费，并由基金在成立后向其全额支付 |

*[Remainder of this page intentionally left blank/* 以下有意留白]

22