AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

LEO MIDDLE EAST FZE and LEO
HOLDINGS HONG KONG LIMITED,

Plaintiff (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

V.

EWI CAPITAL, LLC, ZHE ZHANG

**CASE NUMBER:** 3:21-cv-03985-CRB

Defendant (s),

Notice is hereby given that, subject to approval by the court, __Defs. EWI Capital, LLC and Zhe Zhang__ substitutes
                                                                          (Party (s) Name)

__Jerrrold Abeles_____, State Bar No. __138464_____ as counsel of record in
          (Name of New Attorney)

place of __Tamineh Roshanian._____
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     **ARENT FOX LLP**

    Address:     555 West Fifth Street, 48th Floor, Los Angeles, CA 90013

    Telephone:     (213) 629-7400         Facsimile (213) 629-7401

    E-Mail (Optional):     jerry.abeles@arentfox.com

I consent to the above substitution.

Date:     Oct 4th, 2021                           
                                                                              (Signature of Party (s))

I consent to being substituted.

Date:     October 04, 2021                      
                                                                              (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     October 4, 2021                        
                                                                              (Signature of New Attorney)

Jerrold Abeles

The substitution of attorney is hereby approved and so ORDERED.

Date:     October 5, 2021                        
                                                                              Judge

Hon. Charles R. Breyer

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com